|                |                    |
|----------------|--------------------|
| The Honorable: | PAMELA S. HOLLIS   |
| Chapter 7      |                    |
| Location:      | Room 644           |
| Hearing Date:  | 02/09/2010         |
| Hearing Time:  | 10:30am            |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:   LEYNES, HEIDI E.          §     Case No. 05-18008
                                   §
Debtor.                            §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>KAREN R. GOODMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 02/09/2010 in Courtroom 644, United States Courthouse Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/07/2010          By:    /s/KAREN R. GOODMAN
                                        Trustee

KAREN R. GOODMAN
111East Wacker Drive
SUITE 2800
CHICAGO, IL  60601
(312) 527-4000

UST Form 101-7-NFR (9/1/2009)

| | |
|---|---|
| KAREN R. GOODMAN | The Honorable: PAMELA S. HOLLIS |
| SHEFSKY & FROELICH, LTD | Chapter 7 |
| 111East Wacker Drive | Location: Room 644 |
| SUITE 2800 | Hearing Date: 02/09/2010 |
| CHICAGO, IL 60601 | Hearing Time: 10:30am |
| (312) 527-4000 | Response Date: / / |
| Chapter 7 Trustee | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: LEYNES, HEIDI E.   §   Case No. 05-18008
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*        $ 20,132.33

*and approved disbursements of*              $ 37.46

*leaving a balance on hand of* [1]           $ 20,094.87

Claims of secured creditors will be paid as follows:

*Claimant*                                   *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

*Reason/Applicant*         *Fees*         *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Trustee* | KAREN R. GOODMAN | $ 1,463.15 | $ |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | ALAN D. LASKO | $ 1,091.00 | $ 10.86 |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* | $ | $ |
| *Attorney for* | $ | $ |
| *Accountant for* | $ | $ |
| *Appraiser for* | $ | $ |
| *Other* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number   Claimant                           Allowed Amt. of Claim   Proposed Payment*
N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 64,933.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | $ 6,717.31 | $ 1,813.37 |
| 2 | Marshall Field | $ 12,069.85 | $ 3,258.31 |
| 3 | Chase Bank USA, N.A. | $ 5,145.20 | $ 1,388.97 |
| 4 | Chase Bank USA, N.A. | $ 11,084.52 | $ 2,992.31 |
| 5 | Chase Bank USA, N.A. | $ 4,174.38 | $ 1,126.89 |
| 6 | American Express Centurion Bank | $ 5,976.16 | $ 1,613.29 |
| 7 | American Express Bank FSB | $ 934.28 | $ 252.21 |
| 8 | The Bank of New York | $ 18,831.61 | $ 5,083.67 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

UST Form 101-7-NFR (9/1/2009)

 Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

 Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

 The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/KAREN R. GOODMAN
Trustee

KAREN R. GOODMAN
111East Wacker Drive
SUITE 2800
CHICAGO, IL  60601

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ccabrales              Page 1 of 1                   Date Rcvd: Jan 08, 2010
Case: 05-18008                Form ID: pdf006              Total Noticed: 21

The following entities were noticed by first class mail on Jan 10, 2010.
 db           +Heidi E Leynes,   7441 W. Churchill,   Morton Grove, IL 60053-1902
 aty          +Alan H Slodki,   Alan H. Slodki & Associates, Ltd.,   8818 Kildare Ave,   Skokie, IL 60076-1877
 tr           +Karen R Goodman, ESQ,   Shefsky & Froelich Ltd,   111 East Wacker Drive,   Suite 2800,
                Chicago, IL 60601-3713
 9314766       American Express,   P.O. Box 360002,   Fort Lauderdale, FL 33336-0002
 10621668      American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
 10621667      American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
 9314767       Chase Bank One/Cardmember Service,   P.O. Box 15298,   Wilmington, DE 19850-5298
 10587970     +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
                Seattle, WA 98121-2339
 9314768       Chase Freedom,   P.O. Box 15651,   Wilmington, DE 19886-5651
 9314769       Chase Platinum MasterCard,   P.O. Box 15651,   Wilmington, DE 19886-5651
 9314770       Citi Platinum Select Card,   P.O. Box 6000,   The Lakes, NV 89163-6000
 10705704      Citibank (South Dakota) NA,   Exception  Payment Processing,   POB 6305,
                The Lakes,  NV 88901-6305
 9314771       Citifinancial Retail Services,   P.O. Box 22060,   Tempe, AZ 85285-2060
 9314773      +Great Bank,   234 South Randall Road,   Algonquin, IL 60102-9706
 9314774       Harris Trust and Savings Bank,   P.O. Box 6201,   Carol Stream, IL 60197-6201
 10582960     +Marshall Field,   111 Boulder Industrial Dr,   Bridgeton,  MO 63044-1241
 9314775       Marshall Field's,   P.O. Box 94578,   Cleveland, OH 44101-4578
 9314776       The Bank of New York,   P.O. Box 6042,   Mount Vernon, NY 10558
 10634329     +The Bank of New York,   POB 6968,   Newark, DE 19725-0001
The following entities were noticed by electronic transmission on Jan 08, 2010.
 9314772       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 08 2010 23:59:38     Discover,   P.O. Box 30395,
                Salt Lake City, UT 84130-0395
 10581030      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 08 2010 23:59:38
                Discover Bank/Discover Financial Services,   PO Box 8003,   Hilliard, OH 43026
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 9314777       World Savings
 aty*         +Karen R Goodman, ESQ,   Shefsky & Froelich Ltd,   111 East Wacker Drive,   Suite 2800,
                Chicago, IL 60601-3713
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 10, 2010**          **Signature:**   *Joseph Speetjens*