# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: LEYNES, HEIDI E.    § Case No. 05-18008
§
§
Debtor(s)    §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00 | Assets Exempt:  $20,700.10 |
| Total Distribution to Claimants: $17,530.92 | Claims Discharged Without Payment: $53,966.59 |
| Total Expenses of Administration: $2,602.47 | |

3)  Total gross receipts of $    20,133.39   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00      (see **Exhibit 2**), yielded net receipts of $20,133.39 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $206,010.10 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,602.47 | 2,602.47 | 2,602.47 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 5,084.22 | 5,084.22 | 5,084.22 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 64,473.32 | 68,339.62 | 64,933.31 | 12,446.70 |
| **TOTAL DISBURSEMENTS** | $270,483.42 | $76,026.31 | $72,620.00 | $20,133.39 |

4)  This case was originally filed under Chapter 7 on May 05, 2005.
. The case was pending for 62 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as   **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/17/2010            By:  /s/KAREN R. GOODMAN
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| FUNDS TRANSFER | 1110-000 | −13,000.00 |
| REAL ESTATE--7441 W. CHURCHILL, MORTON GROVE, IL | 1110-000 | 33,000.00 |
| Interest Income | 1270-000 | 133.39 |
| **TOTAL GROSS RECEIPTS** | | $20,133.39 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Harris Trust and Savings Bank | 4110-000 | 98,311.54 | N/A | N/A | 0.00 |
| Great Bank | 4110-000 | 14,316.58 | N/A | N/A | 0.00 |
| World Savings | 4110-000 | 93,381.98 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $206,010.10 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 1,463.15 | 1,463.15 | 1,463.15 |
| ALAN D. LASKO | 3410-000 | N/A | 1,091.00 | 1,091.00 | 1,091.00 |
| ALAN D. LASKO | 3420-000 | N/A | 10.86 | 10.86 | 10.86 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 21.26 | 21.26 | 21.26 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 16.20 | 16.20 | 16.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,602.47 | 2,602.47 | 2,602.47 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Clerk of the Bankruptcy Court | 5600-000 | N/A | 5,084.22 | 5,084.22 | 5,084.22 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 5,084.22 | 5,084.22 | 5,084.22 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank/Discover Financial Services | 7100-000 | 6,708.51 | 6,717.31 | 6,717.31 | 1,813.57 |
| Marshall Field | 7100-000 | 11,452.65 | 12,069.85 | 12,069.85 | 3,258.66 |
| Chase Bank USA, N.A. | 7100-000 | 5,058.01 | 5,145.20 | 5,145.20 | 1,389.12 |
| Chase Bank USA, N.A. | 7100-000 | 10,797.58 | 11,084.52 | 11,084.52 | 2,992.64 |
| Chase Bank USA, N.A. | 7100-000 | 3,519.74 | 4,174.38 | 4,174.38 | 1,127.01 |
| American Express Centurion Bank | 7100-000 | N/A | 5,976.16 | 5,976.16 | 1,613.46 |
| American Express Bank FSB | 7100-000 | 808.26 | 934.28 | 934.28 | 252.24 |
| The Bank of New York | 7100-000 | 21,206.00 | 18,831.61 | 18,831.61 | 0.00 |
| Citibank (South Dakota) NA | 7200-000 | 3,442.59 | 3,406.31 | 0.00 | 0.00 |
| Citifinancial Retail Services | 7100-000 | 1,479.98 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 64,473.32 | 68,339.62 | 64,933.31 | 12,446.70 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-18008

**Case Name:**   LEYNES, HEIDI E.

**Period Ending:** 06/17/10

**Trustee:**       (520191)    KAREN R. GOODMAN

**Filed (f) or Converted (c):** 05/05/05 (f)

**§341(a) Meeting Date:**   06/14/05

**Claims Bar Date:**       04/20/06

| 1 <br> Asset Description <br> (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | 2 <br> Petition/ Unscheduled Values | 3 <br> Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 <br> Property Abandoned OA=§554(a) DA=§554(c) | 5 <br> Sale/Funds Received by the Estate | 6 <br> Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1   REAL ESTATE--7441 W. CHURCHILL, MORTON GROVE, IL | 250,000.00 | 50,806.38 | | 33,000.00 | FA |
| 2   HOUSEHOLD GOODS AND FURNISHINGS | 1,200.00 | 0.00 | | 0.00 | FA |
| 3   WEARING APPAREL AND JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 4   PENSION PLANS AND PROFIT SHARING--IRA | 2,900.00 | 0.00 | | 0.00 | FA |
| 5   PENSION PLANS AND PROFIT SHARING--TARGET | 9,000.00 | 0.00 | | 0.00 | FA |
| 6   AUTOMOBILES--'01 CHEVY CAMARO | 10,000.00 | 0.00 | | 0.00 | FA |
| Int   INTEREST  (u) | Unknown | N/A | | 133.39 | FA |
| **7   Assets        Totals** (Excluding unknown values) | **$273,200.00** | **$50,806.38** | | **$33,133.39** | **$0.00** |

**Major Activities Affecting Case Closing:**

Hearing on TFR (2/9/10); distribution; file TDR

**Initial Projected Date Of Final Report (TFR):**      March 31, 2007       **Current Projected Date Of Final Report (TFR):**      January 7, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05-18008

**Case Name:** LEYNES, HEIDI E.

**Taxpayer ID #:** **-***1946

**Period Ending:** 06/17/10

**Trustee:** KAREN R. GOODMAN (520191)

**Bank Name:** JPMORGAN CHASE BANK, N.A.

**Account:** ***-*****32-65 - Money Market Account

**Blanket Bond:** $61,494,000.00  (per case limit)

**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/05/07 | {1} | CHASE | SALE OF DEBTOR'S EQUITY IN RESIDENCE | 1110-000 | 13,000.00 | | 13,000.00 |
| 04/05/07 | | CHASE | FUNDS TRANSFER | 1110-000 | -13,000.00 | | 0.00 |
| 04/09/07 | {1} | CHASE | FUNDS TRANSFER | 1110-000 | 13,000.00 | | 13,000.00 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 5.09 | | 13,005.09 |
| 05/16/07 | {1} | CHASE | 2nd INSTALLMENT FOR SALE OF DEBTOR'S EQUITY IN RESIDENCE | 1110-000 | 2,100.00 | | 15,105.09 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 7.69 | | 15,112.78 |
| 06/18/07 | {1} | CHASE | 3rd INSTALLMENT FOR SALE OF DEBTOR'S EQUITY IN RESIDENCE | 1110-000 | 2,100.00 | | 17,212.78 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 8.17 | | 17,220.95 |
| 07/18/07 | {1} | CHASE | FINAL INSTALLMENT PAYMENT FOR SALE OF RESIDENCE | 1110-000 | 2,800.00 | | 20,020.95 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 10.40 | | 20,031.35 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 11.05 | | 20,042.40 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 9.98 | | 20,052.38 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 11.77 | | 20,064.15 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 10.43 | | 20,074.58 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 10.22 | | 20,084.80 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 9.18 | | 20,093.98 |
| 02/05/08 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/05/2008 FOR CASE #05-18008, CHAPTER 7 BLANKET BOND INLLINOIS - CHICAGO - NORTHERN DISTRICT | 2300-000 | | 21.26 | 20,072.72 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 4.12 | | 20,076.84 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 3.72 | | 20,080.56 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 2.80 | | 20,083.36 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 2.51 | | 20,085.87 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 2.55 | | 20,088.42 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 2.55 | | 20,090.97 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 2.38 | | 20,093.35 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 2.63 | | 20,095.98 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 2.19 | | 20,098.17 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | 1270-000 | 1.58 | | 20,099.75 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.42 | | 20,101.17 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.82 | | 20,101.99 |
| 02/06/09 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/06/2009 FOR CASE | 2300-000 | | 16.20 | 20,085.79 |

Subtotals :                    $20,123.25           $37.46

{} Asset reference(s)

Printed: 06/17/2010 11:52 AM    V.12.08

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-18008

**Case Name:** LEYNES, HEIDI E.

**Taxpayer ID #:** **-***1946

**Period Ending:** 06/17/10

**Trustee:** KAREN R. GOODMAN (520191)

**Bank Name:** JPMORGAN CHASE BANK, N.A.

**Account:** ***-*****32-65 - Money Market Account

**Blanket Bond:** $61,494,000.00 (per case limit)

**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | #05-18008, CHAPTER 7 BLANKET BOND ILLINOIS-CHICAGO-NORTHERN DISTRICT | | | | |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.76 | | 20,086.55 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.87 | | 20,087.42 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 20,088.23 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.79 | | 20,089.02 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.87 | | 20,089.89 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.84 | | 20,090.73 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.84 | | 20,091.57 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 20,092.38 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 20,093.19 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.84 | | 20,094.03 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.84 | | 20,094.87 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.79 | | 20,095.66 |
| 02/09/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.27 | | 20,095.93 |
| 02/09/10 | | To Account #********3266 | FUNDS TRANSFER | 9999-000 | | 20,095.93 | 0.00 |

|  | | |
|---|---|---|
| **ACCOUNT TOTALS** | **20,133.39** | **20,133.39** | **$0.00** |
| Less: Bank Transfers | 0.00 | 20,095.93 |
| **Subtotal** | **20,133.39** | **37.46** |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$20,133.39** | **$37.46** |

{} Asset reference(s)

Printed: 06/17/2010 11:52 AM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-18008

**Case Name:** LEYNES, HEIDI E.

**Taxpayer ID #:** **-***1946

**Period Ending:** 06/17/10

**Trustee:** KAREN R. GOODMAN (520191)

**Bank Name:** JPMORGAN CHASE BANK, N.A.

**Account:** ***-*****32-66 - Checking Account

**Blanket Bond:** $61,494,000.00  (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/09/10 | | From Account #********3265 | FUNDS TRANSFER | 9999-000 | 20,095.93 | | 20,095.93 |
| 02/10/10 | 101 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED 02/09/2010 | 3420-000 | | 10.86 | 20,085.07 |
| 02/10/10 | 102 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED  02/09/2010 | 3410-000 | | 1,091.00 | 18,994.07 |
| 02/10/10 | 103 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 02/09/2009 | 2100-000 | | 1,463.15 | 17,530.92 |
| 02/10/10 | 104 | Discover Bank/Discover Financial Services | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 | 7100-000 | | 1,813.57 | 15,717.35 |
| 02/10/10 | 105 | Marshall Field | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 | 7100-000 | | 3,258.66 | 12,458.69 |
| 02/10/10 | 106 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 | 7100-000 | | 1,389.12 | 11,069.57 |
| 02/10/10 | 107 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 | 7100-000 | | 2,992.64 | 8,076.93 |
| 02/10/10 | 108 | Chase Bank USA, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO.  5 | 7100-000 | | 1,127.01 | 6,949.92 |
| 02/10/10 | 109 | American Express Centurion Bank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 6 | 7100-000 | | 1,613.46 | 5,336.46 |
| 02/10/10 | 110 | American Express Bank FSB | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 7 | 7100-000 | | 252.24 | 5,084.22 |
| 02/10/10 | 111 | The Bank of New York | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 8 Voided on 04/19/10 | 7100-000 | | 5,084.22 | 0.00 |
| 04/19/10 | 111 | The Bank of New York | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 8 Voided: check issued on 02/10/10 | 7100-000 | | -5,084.22 | 5,084.22 |
| 04/20/10 | | Wire out to BNYM account 9200******3266 | Wire out to BNYM account 9200******3266 | 9999-000 | -5,084.22 | | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | | | 15,011.71 | 15,011.71 | $0.00 |
| | | Less: Bank Transfers | | | 15,011.71 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 15,011.71 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $0.00 | $15,011.71 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-18008 | **Trustee:** KAREN R. GOODMAN (520191) |
| **Case Name:** LEYNES, HEIDI E. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******32-66 - Checking Account |
| **Taxpayer ID #:** **-***1946 | **Blanket Bond:** $61,494,000.00  (per case limit) |
| **Period Ending:** 06/17/10 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3266 | Wire in from JPMorgan Chase Bank, N.A. account ********3266 | 9999-000 | 5,084.22 | | 5,084.22 |
| 04/21/10 | 10112 | Clerk of the Bankruptcy Court | Deposit of Unclaimed Funds | 5600-000 | | 5,084.22 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 5,084.22 | 5,084.22 | **$0.00** |
| | Less: Bank Transfers | 5,084.22 | 0.00 | |
| | **Subtotal** | 0.00 | 5,084.22 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$5,084.22** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****32-65** | **20,133.39** | **37.46** | **0.00** |
| **Checking # ***-*****32-66** | **0.00** | **15,011.71** | **0.00** |
| **Checking # 9200-******32-66** | **0.00** | **5,084.22** | **0.00** |
| | **$20,133.39** | **$20,133.39** | **$0.00** |